MICHAEL A. SINGLETON 63483    (CWH)

RECEIVED
USDC CLERK, GREENVILLE, SC

VS.                                                      U.S. DISTRICT CT. OF S.C.
                                                                    9-2-10

THE STATE OF SOUTH CAROLINA                HABEAS CORPUS ACTION.
CHARLESTON COUNTY DETENTION CTR.      FEDERAL SUMMARY
SOUTH CAROLINA PROBATION DPT.              JUDGEMENT.
PTS. PRISONER TRANSPORT AGENCY           DEMAND: RELEASE OF BODY,
                                                                    EXPOUNGMENT OF RECORD
                                                                    MONETARY AWARDING OF UNDE-
                                                                    TERMINED AMOUNT
REQUESTING IMEDIATE NOTICE OF RECIEVING THIS.

   NOW COMES AGAIN, THE ABOVE PETITIONER, PURSANT TO THE AURTHORITY OF THE COURT TO ORDER THE RELEASE OF A DEFENDANT BEING HELD BY AN INSTITUTION IN VIOLATION OF THE U.S. CONSTITUTION. THE ABOVE DEFENDANTS ARE FOUND TO BE IN VIOLATION OF, NUMEROUS AMENDMENTS TO THE CONSTITUTIONAL RIGHTS THAT WERE TO SECURE FAIRNESS TO THOSE ACCUSED OF CRIMES, DEPRIVING ME LIBERTIES OF LAW, GROSS VIOLATIONS OF HUMAN RIGHTS, DISCRIMINATION AND ABUSSING FEDERAL FUNDING.

   I PRAY MY PAGES OF MERRIT FILLED, [BEST OF MY LIMITED KNOWLEDGE AND INDIGENT STATUS], PAGES OF SWORN TRUTHS MOVES THE COURT TO VIEW MY LINES OF SWORN TRUTHS, [AS WELL AS MY PETITION'S OF THE PAST ON THE RECORDS 9-25-02 - 4-19-04], HAVE AGAIN BROUGHT INTO FEDERAL QUESTION AND PROCESSED TO THE FULLEST EXSTENT OF LAW, [FOR THE BLATANT DISREGAURD OF FEDERAL GUIDELINES, LAWS HANDED DOWN TO STATES, TO SECURE LIBERTIES WITHIN A STATE'S CRIMINAL JUSTICE SYSTEM ETC.], MY DEFENDANTS.

P. 1

MY PAST PETITION'S TO THE COURT BEING TERMINATED WITHOUT THIER RESPONDENTS NOT HAVING TO ANSWER? FOR THE CALLOUSE VIOLATION'S TO MY CONSTITUTIONAL RIGHTS, ALONG WITH THE PRESENT DAY SUFFERRINGS I'M STILL SUBJECTED TO, ALONG WITH NEW CLAIMS HEREIN THIS PETITION, BRINGS TO THE COURT REASON TO HAVE ORDERED THIS PETITION'S JUST DUE DEMAND AND TO COME REQUESTED AWARDING, TO THE PLAINTIFF.

MY 10-16-01 EXPERIENCE WITH THE STATE OF S.C.'S AND THE C.C.P.C.'S UNLAWFULL OPERATIONS, FORCED UPON ME TIL 1-16-03, BRING ME BACK INTO CAPTIVITY 7-14-10, WITH NEW CLAIMS TO SUBMITTED FOR REDRESS OF ALL MY GRIEVANCES.

P. 1 CONT.

10-16-01-
1-16-03, MY CONSTITUTIONAL RIGHT TO A FAST AND SPEEDY TRIAL OF THE LAW OF THE LAW. IS A LIBERTY THAT THE FEDERAL GOVERNMENT ORDERS STATES TO ABIDE BY WITHOUT EXCEPTION. ME BEING UNREMORSEFULLY DENIED SUCH A LIBERTY HOLDS ALL FURTHER PROCEEDINGS AGAINST ME UNLAWFUL, AND SUBSTANCIATES MY CLAIMS OF BEING SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT, IN MY BEFORE DISMISSED 4/19/04 PROCEEDING. ME HAVING PRESENTED MY CLAIMS IN STATE AS WELL AS FEDERAL COURTS OF SOUTH CAROLINA TO RECIEVE NO REDRESS FROM EITHER? BRINGS ME AGAIN TO THE COURT FOR A SUMMARY JUDGEMENT TO HAVE ORDERED AN END TO THE INJUSTICES OF WHICH I AM STILL SUFFERING FROM OVER 7 YEARS LATER.

I WAS HELD IN THE C.C.D.C. OVER 15 MONTHS AND BLATANTLY DENIED ANY FAIRNESS OF BLIND JUSTICE WHAT SO EVER. I SOUGHT A WRIT OF HABEAS CORPUS ON A STATE LEVEL, TO AVOID MY PRESENT DAY SUFFERINGS FROM THE SYSTEMS INJUSTICES, DEALT TO ME FOR THE HORRIFIC CRIME I WAS WRONGLY ACCUSED OF. I SORT RELIEF AFTER BEING WRONGED BY THE STATE'S TRIAL JUDGE, IN THE FORM OF AN IMEDIATE REVIEW FROM THE FEDERAL COURT, ON ME BEING DENIED A HABEAS CORPUS WRIT. I RECIEVED WORD FROM THE HIGHER COURT THAT MY SWORN WRITTEN STATEMENTS WERE UNDER FEDERAL QUESTION. MY UNDERSTANDING OF A FEDERAL COURT HAVING THE AUTHORITY TO ORDER THE RELEASE OF A DEFENDANT BEING HELD IN CUSTODY, IN VIOLATION TO THE U.S. CONSTITUTION, HAS ME SEEKING AGAIN TO HAVE EXTENDED THE STATUTES OF LIMITATIONS, DUE TO THE FACT I AM STILL IN THE HOLDS OF INSTITUTIONS DUE TO THAT PAST UNLAWFUL CONVICTION. ME BEING DENIED MY CONSTITUTIONAL RIGHTS HOLDS ME THE VICTIM OF A TERRORISTIC STYLED ASSUALT, AND IN THE NAME OF JUSTICE MUST NOT BE ALLOWED TO REMAIN RECORDED ANY FURTHER.

P. 2

10-16-01-
1-16-03.

MY CONSTITUTION RIGHT TO THE EFFECTIVE ASISTANCE TO LEGAL COUNSEL BEING VIOLATED, IS ANOTHER CAUSE OF ME BEING IN MY PRESENT STATE OF SUFFERRING.

I STOOD IN OPEN COURT DEFENDING MY INOSCENCE AND THE DENIAL OF LIBERTIES THAT SHOULD HAVE BEEN AWARDED ME, IN A JUSTICE SYSTEM. MY PUBLIC DEFENDER STOOD BY MY SIDE SILENT, AS I WITH MY LIMITED KNOWLEDGE, PRESENTED MY GRIEVANCES TO A JUDGE. I FIND MY LAWYER NOT ASISTING ME, AT ALL TO BE GROUNDS TO HAVE MY CONVICTIONS PLEA OVERTURNED, FOR MY ATTORNEY WAS UNDOBTABLY INEFFECTIVE IN MY CASE'S PROCEEDINGS. ME HAVING A SUBSTANCIATED PIECE OF EVIDENCE THAT PROVED MY INOSCENCE, ALONG MY MERITS OF MY CONSTITUTIONAL RIGHTS HAVING BEING VIOLATED, AND STILL WALKING AWAY CONVICTED, PRESENTS ANOTHER TRUTH TO HAVE THE COURT REVISIT MY CASE AND HAVE ORDERED AN END TO MY STILL SUFFERED INJUSTICES.

MY ATTORNEY ALLOWING ME TO BE HELD OVER 10 MONTHS ON A TWO HUNDRED THOUSAND DOLLAR BOND, WITH NO EVIDENCE WHATSOEVER BEING PRESENTED TO SUPPORT A RANSOME BOND, SUPPORTS MY CLAIM OF RECIEVING NO LEGAL ASISTANCE WHATSOEVER DURRING MY NIGHTMARISH ENCOUNTER WITH S.C.'S FORM OF JUSTICE, WHICH HAS ME STILL HELD PRISONER. I PRESENT SWORN TRUTHS OF MY CONSTITUTIONAL RIGHTS HAVING BEEN RUN ROUGH SHOD OVER, PRESENTING JUST CAUSE TO HAVE ORDERED A JUST DUE REMOVAL FROM ALL RECORDS OF LAW.

P. 3

6-20-03- 7-14-10-
4-1-10. THE SOUTH CAROLINA PROBATION AGENCY, HOLDS ME DIPRIVED OF THE U.S. CONSTITUTION'S FOURTH AMENDMENT LIBERTIES. I AM PRESENTLY DEPRIVED OF MY LIFE, FREEDOM AND PROPERTY, OVER 45 DAYS WITHOUT ANY JUSTIFACATION PRESENTED TO A JUDGE, AS STATE LAW REQUIRES A PRISONER OR FUGATIVE, BE PRESENTED WITH A HARD COPY OF AN ARREST WARRANT, SERVED WITH PAPER WORK AND BROUGHT BEFORE A JUDGE IN A TIMELY MANNER, GRANTING A DEFENDANT DUE PROCESS OF LAW. I HAVE VIEWED NO WARRANT, AFFIDAVIT, NOR HAVE I BEEN BEFORE A JUDGE, TO BE GIVEN A CHANCE TO EFFICTIVELY PREPARE FOR THE CHARGES FACING ME. THE ABOVE AGENCY'S 7 YEAR OLD WARRANT HAS SUBJECTED ME TO NUMEROUS UNPROCEEDED SEARCHES AND SEIZURES, IN OTHER STATES. 7-14-10 I'M HELD FOR OVER 20 DAYS IN A STATE BEHIND S.C.P.A.'S FUGITIVE FROM JUSTICE WARRANT, BEFORE BEING GRANTED A OPPORTUNITY TO WAIVE MY RIGHT TO EXTRADITION. UPON THAT ARREST POLICE UNLAWFULLY ENTERED MY HOME WITHOUT FIRST ANNOUCING THIER PRESENCE, NOR DID THEY KNOCK UPON MY DOOR UPON ENTRY OF MY DWELLING, PLACING US ALL IN A UNECCESSARLY HOSTILE ENVIORMENT. DO TO THE FACT THEY DIDN'T HAVE A WARRANT, I WAS UNREMORSEFULLY HELD IN THE BACK SEAT OF A POLICE CAR FOR OVER 2 HOURS, UNTIL THE WARRANT WAS FAXXED OVER TO THEM. THE VIOLATIONS TO MY CONSTITUTIONAL RIGHTS HAVE ME HELD AGAIN UNLAWFULLY, PURSUANT TO THE DOCTORINE OF THE

P. 4

OF THE POSIONUS FRUIT.

P 4 roast

I HOLD THE CHARLESTON COUNTY DETENTION WITH, DISCRIMINATORY PRACTICES, VIOLATING MY RIGHT TO THE FREEDOM OF INFORMATION ETC. THIS DEFENDANT'S OFFERRING OF LEGAL INFORMATION TO HELP ONE NATIONALITY OF PEOPLES AND NOT OFFERED TO ALL? CLEARLY IS DISCRIMINATION. I AM BAFFLED AT THE FACT THAT SUCH AN INJUSTICE IS FEDERALLY FUNDED? I FURTHER CHARGE THIS FACILITY WITH DENIEING MY RIGHT TO LEGAL INFORMATION (AS IT'S HANDBOOK FOR INMATES CLEARLY STATES I HAVE A RIGHT TO), BUT DOESN'T GRANT ME ACCESS TO, AFTER NUMEROUS REQUESTS, PAST AND PRESENT. I ALSO FIND THE C.C.D.C.'S INABILTY TO PROVIDE TIMELY MEDICAL ATENTION FOR ME TO BE A VIOLATION TO MY RIGHT TO BE FREE FROM BODILY HARM., I HAVE TAKEN OUT OF MY MUCH NEEDED PHYSICAL THERAPHY ON A FORMER INJURY AND HAVE NOT HAD ANY PREVENTION OF THAT INJURY AND AM NOW SERIOUS COMPLICATIONS THAT HAVE YET TO BE ADRESSED NOR HAVE NEW INJURIES BEEN LOOKED INTO, BY THE C.C.D.C.'S MEDICAL STAFF AFTER NUMEROUS COMPLAINTS.

I CLAIM THE PTS PRISONER TRANSPORTATION AGENCY, WITH A SYSTEM OF OPERATIONS THAT GROSSLY VIOLATE HUMAN RIGHTS. THE CONTRACTING OF THIS AGENCY SEEMS TO BE A ABUSE OF FEDERAL FUNDING? THEY PICKED ME UP IN BERGEN COUNTY N.J. TO BE EXPEDITED TO CHA. S.C. A (AT THE MOST), 20 HR. TRIP, THEY TOOK 6 DAYS TO GET ME HERE WITH 1 OVER NIGHT STAY TO ADRESS PERSONAL HYGENE ISSUES. UPON WAVING MY RIGHT TO EXPEDITION, I WASN'T EXPECTED TO NOT HAVE MY BASIC HUMAN RIGHTS. TO TOUR ME FROM STATE TO STATE'S

P. 5

PRISONS AND JAILS, PASSING S.C. ON SEVERAL OCASSIONS I FIND TO BE INHUMANE AND A ABUSE OF TAX PAYER FUNDS.

ALL SWORN, BEST OF MY KNOWLEDGE, STATEMENTS OF TRUTHS HEREIN, BRING ME TO THE COURT WITH THE ONCE BEFORE SOUGHT CIVIL PROCEEDING, TO BE FULLY PROCESSED FOR A LONG AFTER SOUGHT GRIEVANCES REDRESS.

TRUTHFULLY SWORN

Michael A. Singleton 63483